# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ESKRIDGE,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 656 |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (Theft or Embezzlement by Bank Employee or Agent)

At all times relevant to this Bill of Information:

1. Loomis US, LLC ("Loomis") is an armored truck company with national headquarters located in Houston, Texas. Loomis' service network includes approximately two hundred operating locations in the United States with a fleet of over four thousand vehicles that operate in a nationwide network, including Columbus, Ohio.

2. Loomis, on a daily basis, collects and delivers cash and valuables across stores, banks, deposit boxes, and ATMs to ensure that businesses have the cash they need for daily operations. Loomis contracted with, among others, PNC Bank ("PNC") in Columbus, Ohio, to transport bags of currency by armored vehicle to various PNC branches and ATMs.

3. When PNC requests the servicing of an ATM, PNC specifies the load amount to be put into the ATM. The cash remaining ("residual amount") in the ATM at the time of

servicing is withdrawn in its entirety. Tellers then balance the residual amount based on the load and activity within the ATM.

4. On or about July 19, 2022, Defendant **JUSTIN ESKRIDGE** was hired by Loomis as an armed service technician. In his position, **ESKRIDGE** was responsible for delivering the cash entrusted to it by PNC to various locations, including PNC branches and ATMs.

5. PNC is a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation.

## The Theft and Embezzlement

6. Beginning in or about December 14, 2022, and continuing until in or about January 9, 2023, in the Southern District of Ohio, Defendant **JUSTIN ESKRIDGE,** who was at the time an agent of and connected to a federally insured bank in his capacity as an employee of Loomis, an armored truck service responsible for delivering United States currency for and to PNC, the deposits of which were insured by the Federal Deposit Insurance Corporation, did, with intent to injure and defraud PNC, embezzle, abstract, and purloin the sum of approximately $226,082 belonging to PNC and pledged and otherwise entrusted to its care.

**In violation of Title 18, United States Code, Section 656.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
**DAMOUN DELAVIZ (PA 309631)**
**Assistant United States Attorney**