United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:24-cr-42

Justin Eskridge

---

COURTROOM MINUTES
Sentencing

| U.S. District Judge Algenon L. Marbley | | Date:   September 12, 2024 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Damoun Delaviz |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Brian Joslyn |
| Interpreter: | | Pretrial/Probation: | Kristin Clark |

Defendant sentenced to eighteen (18) months of imprisonment on Count 1 of the Information, to run concurrently with the sentence imposed in the Franklin County, Ohio, Court of Common Pleas, Case No. 23CR 4262.

Defendant sentenced to three (3) years of supervised release on Count 1 of the Information.

Restitution ordered in the amount of $61,277; no fine imposed; special assessment of $100 applied.

Defendant remanded to the custody of the USMS.